1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JESUS OLMOS-HUAPE

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   NO. 1:06-cr-00385 OWW
                                      )
12            Plaintiff,              )   STIPULATION TO CONTINUE STATUS
                                      )   CONFERENCE HEARING; AND ORDER
13      v.                            )   THEREON
                                      )
14 JESUS OLMOS-HUAPE,                 )   Date:  February 26, 2007
                                      )   Time:  9:00 A.M.
15            Defendant.              )   Judge: Hon. Oliver W. Wanger
                                      )
16 _____   )

17

18      **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20 scheduled for February 12, 2007, **may be continued to February 26, 2007 at 9:00 a.m.**

21      The grounds for the continuance are further defense investigation and  preparation and to allow the

22 parties additional time for plea negotiation.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and

3  3161(h)(8)(B)(i) and (iv).

4                                                      McGREGOR M. SCOTT
                                                       United States Attorney
5

6  DATED: February 8, 2007              By   /s/ Steven M. Crass
                                              STEVEN M. CRASS
7                                             Assistant United States Attorney
                                              Attorney for Plaintiff
8

9                                                      DANIEL J. BRODERICK
                                                       Federal Defender
10

11  DATED: February 8, 2007             By   /s/ Melody M. Walcott
                                              MELODY M. WALCOTT
12                                            Assistant Federal Defender
                                              Attorney for Defendant
13                                            JESUS OLMOS-HUAPE

14

15                                    **ORDER**

16        **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

17  3161(h)(8)(B)(i) and (iv).

18        IT IS SO ORDERED.

19  **Dated:    February 8, 2007**              **/s/ Oliver W. Wanger**
    emm0d6                            UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28                                         2